UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAILASH CHANDRA CHAUDHARY, | ) | Case No.: 5:15-cv-00752-PSG |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| DEBBIE SWANSON CENTI, | ) ) | |
| Defendant. | ) ) | |

The court has granted Defendant Centi's motion to dismiss.[1]  Because further amendment would be futile, leave to amend is denied.[2]  The Clerk shall close the file.

**SO ORDERED.**

Dated: August 28, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 34.

[2] *See id.* at 6:14-7:2; *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).

1

Case No. 5:15-cv-00752-PSG
JUDGMENT